# NO. 12-09-00288-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ROY E. ADDICKS, JR.,*<br>*APPELLANT* | § | *APPEAL FROM THE369TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *NATHANIEL QUARTERMAN,*<br>*JOHN A. RUPERT, ELIZABETH A. MILLER,*<br>*DONNA FLETCHER, SHARON K. DIFFERENT,*<br>*ANGELA I. DUGGER, PAMELA M. KIRKPATRICK,*<br>*NOLAN GLASS, SANDRA HOLLIS, ANN HOYT,*<br>*REBECCA PARKER, TAMMY RAINEY,*<br>*WILLIAM STEPHENS, JAMES L. KELLEY,*<br>*ANTHONY M. HOLMES, MELVIN L. MCCRAY,*<br>*CHARLOTTE CROCKETT, TAMMY L. LEIS,*<br>*MICHAEL L. GASPERIK, MARTINA LINVILLE,*<br>*AND JANE M. COCKERHAM,*<br>*APPELLEES* | § | *ANDERSON COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant, Roy E. Addicks, Jr., perfected his appeal on September 15, 2009. The clerk's record was filed on November 5, 2009, making Addicks's brief due on or before December 7, 2009. When Addicks failed to file his brief by December 7, 2009, this court notified him on December 11, 2009 that the brief was past due. The notice warned that if no motion for extension of time to file the brief was received by December 21, 2009, the appeal would be dismissed for want of prosecution under Texas Rule of Appellate Procedure 42.3(c). Further, the notice informed Addicks that the motion for extension of time must contain a reasonable explanation for his failure to file the brief and a showing that the appellees had not suffered material injury thereby.

To date, Addicks has neither complied with or otherwise responded to this court's December 11, 2009 notice. Accordingly, we *dismiss* the appeal *for want of prosecution*. *See* TEX. R. APP. P. 38.8(a)(1), 42.3.(b).

Opinion delivered December 23, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)